ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant

X FILED          RECEIVED
  ENTERED        SERVED ON
               COUNSEL/PARTIES OF RECORD

June 7, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-cr-00088-JCM-BNW |
| Plaintiff, | |
| vs. | |
| | **ORDER CONTINUING** |
| | **INITIAL APPEARANCE** |
| IANI TASSEV, | |
| Defendant. | |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the initial appearance in the above-captioned matter currently scheduled for June 10, 2021 at 2:30 p.m., be vacated and continued to June 17, 2021 at 2:30 pm by video conference before Judge Albregts. The parties will receive a zoom invite to appear.

DATED AND DONE this  7  day of      June      , 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq. (6275)
Attorney for Defendant

-3-