ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-cr-00088-JCM-BNW |
| Plaintiff, | |
| vs. | |
| | **STIPULATION TO CONTINUE HEARING RE: REVOCATION OF SUPERVISED RELEASE** |
| IANI TASSEV, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between CHRISTOPHER CHIOU, Acting United States Attorney, and MELANEE SMITH, counsel for the United States of America; ROBERT M. DRASKOVICH, counsel for Defendant, IANI TASSEV, that the hearing currently scheduled for July 9, 2021 at the hour of 11:00 a.m., be continued for one week, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant will be out of the jurisdiction.

2. Denial of this request for continuance of the initial appearance would prejudice both the defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

-1-

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to continue the hearing re: revocation of supervised release date filed herein.

DATED this 1st day of July, 2021.

|  |  |
|---|---|
|  | CHRISTOPHER CHIOU |
|  | ACTING UNITED STATES ATTORNEY |
| Robert M. Draskovich | Melanee Smith |
| /s/ | /s/ |
| ROBERT M. DRASKOVICH, ESQ. | MELANEE SMITH |
| Nevada Bar No. 6275 | Assistant United States Attorney |
| Attorney for Defendant |  |

/ / /

/ / /

/ / /

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:21-cr-00088-JCM-BNW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER CONTINUING** |
| | ) | **HEARING RE: REVOCATION OF** |
| | ) | **SUPERVISED RELEASE** |
| IANI TASSEV, | ) | |
| Defendant. | ) | |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the initial appearance in the above-captioned matter currently scheduled for July 9, 2021 at 11:00 a.m., be vacated and continued to July 23, 2021 at the hour of 11:00 a.m.

DATED July 2, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq. (6275)
Attorney for Defendant