ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-cr-00088-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE HEARING RE: REVOCATION OF SUPERVISED RELEASE** |
| IANI TASSEV, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between CHRISTOPHER CHIOU, Acting United States Attorney, and MELANEE SMITH, counsel for the United States of America; ROBERT M. DRASKOVICH, counsel for Defendant, IANI TASSEV, that the hearing currently scheduled for July 22, 2021 at the hour of 10:30 a.m., be continued until after August 30, 2021, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Defendant currently has a trial date set in the Henderson Municipal Court on August 30, 2021, which is the incident that may cause Defendant to be potentially revoked in this matter.

2. Denial of this request for continuance of the revocation hearing would prejudice both the defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request to continue the hearing re: revocation of supervised release date filed herein.

DATED this 16th day of July, 2021.

CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY

Robert M. Draskovich
/s/
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant

Melanee Smith
/s/
MELANEE SMITH
Assistant United States Attorney

/ / /

/ / /

/ / /

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-cr-00088-JCM-BNW |
| Plaintiff, | |
| vs. | ***ORDER CONTINUING*** |
| | ***HEARING RE: REVOCATION OF*** |
| | ***SUPERVISED RELEASE*** |
| IANI TASSEV, | |
| Defendant. | |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the initial appearance in the above-captioned matter currently scheduled for July 22, 2021 at 10:30 a.m., be vacated and continued to  September 9, 2021  at the hour of  10:30 a.m  .

DATED July 19, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq. (6275)
Attorney for Defendant

-3-