ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>IANI TASSEV, )<br><br>Defendant. )<br>_____ ) | CASE NO: 2:21-cr-00088-JCM-BNW<br><br><br><br>***STIPULATION TO CONTINUE***<br>***HEARING RE: REVOCATION OF***<br>***SUPERVISED RELEASE*** |

     IT IS HEREBY STIPULATED AND AGREED by and between CHRISTOPHER CHIOU, Acting United States Attorney, and MELANEE SMITH, counsel for the United States of America; ROBERT M. DRASKOVICH, counsel for Defendant, IANI TASSEV, that the hearing currently scheduled for September 9, 2021 at the hour of 10:30 a.m., be continued until after November 4, 2021, or to a date and time to be set by this Honorable Court.

     This Stipulation is entered into for the following reasons:

     1.     Defendant currently has a trial date set in the Henderson Municipal Court on November 4, 2021, which is the incident that may cause Defendant to be potentially revoked in this matter.

2.      Denial of this request for continuance of the revocation hearing would prejudice both the defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request to continue the hearing re: revocation of supervised release date filed herein.

DATED this 8th day of September, 2021.

CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY

Robert M. Draskovich                Melanee Smith
/s/_____    /s/_____
ROBERT M. DRASKOVICH, ESQ.     MELANEE SMITH
Nevada Bar No. 6275                    Assistant United States Attorney
Attorney for Defendant

/ / /

/ / /

/ / /

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:21-cr-00088-JCM-BNW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ***ORDER CONTINUING*** |
| | ) | ***HEARING RE: REVOCATION OF*** |
| | ) | ***SUPERVISED RELEASE*** |
| IANI TASSEV, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the

Court hereby finds that:

**IT IS HEREBY ORDERED** that the initial appearance in the above-captioned matter

currently scheduled for September 9, 2021 at 10:30 a.m., be vacated and continued to

_November 12, 2021_____ at the hour of _10:30 a.m_____.

DATED September 8, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq. (6275)
Attorney for Defendant