1
2
3
4
5
6

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant

7
8

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

9   UNITED STATES OF AMERICA,          )   CASE NO: 2:21-cr-00088-JCM-BNW
                                       )
10                 Plaintiff,          )
                                       )
11  vs.                                )
                                       )
12                                     )   ***STIPULATION TO CONTINUE***
                                       )   ***HEARING RE: REVOCATION OF***
13                                     )   ***SUPERVISED RELEASE***
                                       )
14  IANI TASSEV,                       )
                                       )
15                 Defendant.          )
    _____)
16

17      IT IS HEREBY STIPULATED AND AGREED by and between CHRISTOPHER

18  CHIOU, Acting United States Attorney, and MELANEE SMITH, counsel for the United States

19  of America; ROBERT M. DRASKOVICH, counsel for Defendant, IANI TASSEV, that the

20  hearing currently scheduled for November 12, 2021 at the hour of 10:30 a.m., be continued until

21
22  after February 3, 2022, or to a date and time to be set by this Honorable Court.

23      This Stipulation is entered into for the following reasons:

24      1.      Defendant currently has a trial date set in the Henderson Municipal Court on

25  February 3, 2022, which is the incident that may cause Defendant to be potentially revoked in

26  this matter.

27

28

2.     Denial of this request for continuance of the revocation hearing would prejudice both the defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

3.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request to continue the hearing re: revocation of supervised release date filed herein.

DATED this 10th day of November, 2021.

CHRISTOPHER CHIOU
ACTING UNITED STATES ATTORNEY

/s/      Robert M. Draskovich                          /s/      Melanee Smith
_____         _____
ROBERT M. DRASKOVICH, ESQ.               MELANEE SMITH
Nevada Bar No. 6275                              Assistant United States Attorney
Attorney for Defendant

/ / /

/ / /

/ / /

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:21-cr-00088-JCM-BNW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ***ORDER CONTINUING*** |
| | ) | ***HEARING RE: REVOCATION OF*** |
| | ) | ***SUPERVISED RELEASE*** |
| IANI TASSEV, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the

Court hereby finds that:

**IT IS HEREBY ORDERED** that the initial appearance in the above-captioned matter

currently scheduled for November 12, 2021 at 10:30 a.m., be vacated and continued to

February 18, 2022 at the hour of 10:30 a.m.

DATED November 12, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq. (6275)
Attorney for Defendant