ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-cr-00088-JCM-BNW |
| Plaintiff, | |
| vs. | ***STIPULATION TO CONTINUE HEARING RE: REVOCATION OF SUPERVISED RELEASE*** |
| IANI TASSEV, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between JASON M. FRIERSON, United States Attorney, and MELANEE SMITH, counsel for the United States of America; ROBERT M. DRASKOVICH, counsel for Defendant, IANI TASSEV, that the hearing currently scheduled for June 17, 2022 at the hour of 10:00 a.m., be continued until after October 11, 2022, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Defendant currently has a jury trial date set in the Henderson Municipal Court on October 11, 2022, which is the incident that may cause Defendant to be potentially revoked in this matter.

      2.      Denial of this request for continuance of the revocation hearing would prejudice both the defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

      3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fourth request to continue the hearing re: revocation of supervised release date filed herein.

DATED this 9th day of June, 2022.

|  |  |
|---|---|
|  | JASON M. FRIERSON |
|  | UNITED STATES ATTORNEY |
| /s/   Robert M. Draskovich | /s/   Melanee Smith |
| ROBERT M. DRASKOVICH, ESQ. | MELANEE SMITH |
| Nevada Bar No. 6275 | Assistant United States Attorney |
| Attorney for Defendant |  |

/ / /

/ / /

/ / /

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO: 2:21-cr-00088-JCM-BNW |
| Plaintiff, | ) |
| vs. | ) |
| | ) ***ORDER CONTINUING*** |
| | ) ***HEARING RE: REVOCATION OF*** |
| | ) ***SUPERVISED RELEASE*** |
| IANI TASSEV, | ) |
| Defendant. | ) |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the initial appearance in the above-captioned matter currently scheduled for June 17, 2022 at 10:30 a.m., be vacated and continued to **October 12, 2022, at 10:00 a.m.**

DATED June 10, 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq. (6275)
Attorney for Defendant

-3-